FILED
6/5/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DJ 23CR343

Query Reports Utilities Help What's New Log Out

CLOSED,LENGTHOFTRIAL-5,TRIAL-LINCOLN

# U.S. District Court
# District of Nebraska (4 Lincoln)
# CRIMINAL DOCKET FOR CASE #: 4:20-cr-03096-JMG-CRZ All Defendants

Case title: USA v. Powell et al

Date Filed: 09/24/2020

Date Terminated: 08/19/2022

---

Assigned to: Senior Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

**Defendant (1)**

**Juwan A. Powell**
*TERMINATED: 08/19/2022*

represented by **Jack Friedlander**
FRIEDLANDER LAW FIRM
327 South Plymouth Court
Suite 200
Chicago, IL 60604
312-427-7700
Email: office@jackfriedlander.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jessica L. Milburn**
FEDERAL PUBLIC DEFENDER'S OFFICE - LINCOLN
100 Centennial Mall North
112 Federal Building
Lincoln, NE 68508
(855) 664-9214
Fax: (402) 221-7827
Email: jessica_milburn@fd.org
*TERMINATED: 12/22/2021*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE
(1)

**Disposition**

Defendant pleaded guilty to count I of the Indictment and is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred

forty-four (144) months; supervised release for a term of five (5) years; $100.00 special assessment (paid)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1), 21:841(b)(1) and 18:2 POSSESION OF METHAMPHETAMINE, 50 GRAMS OR MORE, WITH INTENT TO DISTRIBUTE (2) | Count II of the Indictment is dismissed on the motion of the United States as to this defendant |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Senior Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

**Defendant (2)**

| | | |
|---|---|---|
| **Shanae M. Douglas**<br>*TERMINATED: 12/03/2021* | represented by | **Jonathan M. Braaten**<br>ANDERSON, CREAGER LAW FIRM<br>1601 Old Cheney Road<br>Lincoln, NE 68512<br>402-477-8800<br>Email: jbraaten@acwlaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) & 841(b)(1) and 18:2 POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (1s) | Defendant pleaded guilty to count I of the Information and was committed to the custody of Bureau of Prisons for 36 months; 2 years supervised release with special conditions; $100 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>(1) | The Indictment is dismissed on the motion of the United States as to this defendant. |
| 21:841(a)(1), 21:841(b)(1) and 18:2 POSSESION OF METHAMPHETAMINE, 50 GRAMS OR MORE, WITH INTENT TO DISTRIBUTE<br>(2) | The Indictment is dismissed on the motion of the United States as to this defendant. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Senior Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

**Defendant (3)**

| | | |
|---|---|---|
| **Antoinette D. Brandy**<br>*TERMINATED: 12/03/2021* | represented by | **Nancy K. Peterson**<br>PETERSON LAW FIRM<br>330 South 10th Street<br>Suite 200<br>Lincoln, NE 68508<br>(402) 477-9192<br>Fax: (402) 441-0007<br>Email: nancy@nkpetersonlaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 21:841(b)(1) and 18:2 POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE<br>(1s) | Defendant pleaded guilty to count I of the Information and was committed to the custody of Bureau of Prisons for 52 months; 3 years supervised release with special conditions; $100 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (1) | The Indictment is dismissed on the motion of the United States as to this defendant. |
| 21:841(a)(1), 21:841(b)(1) and 18:2 POSSESION OF METHAMPHETAMINE, 50 GRAMS OR MORE, WITH INTENT TO DISTRIBUTE (2) | The Indictment is dismissed on the motion of the United States as to this defendant. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Daniel D. Packard**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865
402-437-5241
Fax: 402-437-5390
Email: daniel.packard@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2020 | 1 | PART 1 OF 2 - INDICTMENT with foreperson's signature redacted pursuant to the E-Government Actas to defendant(s) Juwan A. Powell, Shanae M. Douglas, Antoinette D. Brandy. (LAC) (Entered: 09/25/2020) |
| 09/24/2020 | 2 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment (Sealed) 1 as to defendant(s) Juwan A. Powell, Shanae M. Douglas, Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC) (Entered: 09/25/2020) |
| 09/24/2020 | 3 | CRIMINAL COVER SHEET as to defendant(s) Juwan A. Powell, Shanae M. Douglas, Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL |

| | | |
|---|---|---|
| | | PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC) (Entered: 09/25/2020) |
| 09/24/2020 | | Remark - Public: Case filed under seal on 09/24/2020 and unsealed on 09/29/2020 pursuant to memorandum as to defendants Juwan A. Powell, Shanae M. Douglas, and Antoinette D. Brandy. (LAC) (Entered: 09/29/2020) |
| 09/29/2020 | 5 | RESTRICTED HEARING INSTRUCTIONS as to defendants Juwan A. Powell, Shanae M. Douglas, and Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Initial Appearance set for 9/30/2020 at 03:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Buffalo County)(JAB) (Entered: 09/29/2020) |
| 09/29/2020 | 6 | NOTICE (MEMORANDUM) TO UNSEAL CRIMINAL CASE by Attorney Daniel D. Packard as to defendants Juwan A. Powell, Shanae M. Douglas, and Antoinette D. Brandy. (LAC) (Entered: 09/29/2020) |
| 09/30/2020 | 10 | NOTICE OF ATTORNEY APPEARANCE by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 09/30/2020) |
| 09/30/2020 | 11 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 9/30/2020 as to defendant Juwan A. Powell. Initial Appearance on Indictment held by videoconference with consent of the defendant. Appointment of counsel requested. Court appoints Federal Public Defender to represent defendant. Arraignment on Indictment held. Not guilty plea entered. Trial set 11/30/2020 before Judge Gerrard. Counsel to comply with local rules regarding discovery. Pretrial motions to be filed by 10/30/2020. Joint progression order to be issued. Government's motion for detention is granted. Defendant is not contesting detention at this time. Court takes judicial notice of Indictment and Pretrial Services Report and finds defendant is a risk of flight and a danger to the community if released. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Daniel D. Packard; For Defendant: Jessica L. Milburn, FPD. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Time Start: 3:39 PM; Time Stop: 3:48 PM; Time in Court: 9 Minutes. (JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 12 | AUDIO FILE. Audio as to Defendant (1) Juwan A. Powell. Court Date & Time [ 9/30/2020 3:39:55 PM ]. File Size [ 1743 KB ]. Run Time [ 00:07:16 ]. (Initial Appearance). (auto-docket). (Entered: 09/30/2020) |
| 09/30/2020 | 14 | ORDER APPOINTING COUNSEL - The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as to defendant Juwan A. Powell. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 15 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 9/30/2020 as to defendants Shanae M. Douglas and Antoinette D. Brandy. Initial Appearance on Indictment held by videoconference with consent of the |

| | | |
|---|---|---|
| | | defendants. Defendants have seen a copy of the Indictment. Appointment of counsel requested. Court appoints CJA Panel attorneys to represent defendants. Arraignment on Indictment held. Not guilty plea entered by both defendants. Counsel to comply with local rules regarding discovery. Joint progression order to be issued. Government moves for detention. **Detention Hearing set for 10/2/2020 at 1:00 p.m.** in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Defendants remanded to the custody of the U.S. Marshal to be held on temporary orders of detention. Appearance for Plaintiff: Daniel D. Packard; For Defendant Douglas: Jonathan M. Braaten, CJA; For Defendant Brandy: Nancy K. Peterson; For Pretrial Services: Kate Eubanks; Courtroom Deputy: Jeri Bierbower; Reporter: Digital Recorder. Time Start: 3:48 PM; Time Stop: 4:04 PM; Time in Court: 16 Minutes. (JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 16 | AUDIO FILE. Audio as to Defendant (2) Shanae M. Douglas. Court Date & Time [ 9/30/2020 3:47:59 PM ]. File Size [ 2182 KB ]. Run Time [ 00:09:06 ]. (Initial Appearance). (auto-docket). (Entered: 09/30/2020) |
| 09/30/2020 | 17 | AUDIO FILE. Audio as to Defendant (3) Antoinette D. Brandy. Court Date & Time [ 9/30/2020 3:57:32 PM ]. File Size [ 1291 KB ]. Run Time [ 00:05:23 ]. (Initial Appearance). (auto-docket). (Entered: 09/30/2020) |
| 09/30/2020 | 18 | TEXT ORAL MOTION - for detention by Attorney Daniel D. Packard as to defendants Shanae M. Douglas and Antoinette D. Brandy. (JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 20 | ORDER APPOINTING COUNSEL - CJA Counsel is appointed to represent the defendant in this matter as to defendant Shanae M. Douglas. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 22 | ORDER APPOINTING COUNSEL - CJA Counsel is appointed to represent the defendant in this matter as to defendant Antoinette D. Brandy. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 23 | RESTRICTED HEARING INSTRUCTIONS as to defendants Shanae M. Douglas and Antoinette D. Brandy. Defendants' **Detention Hearing will be held at 1:00 p.m. on October 2, 2020** before the undersigned magistrate judge. The defendants will appear by videoconference using Zoom. At the time of the hearing, the defendants must be connected to the videoconference using the connection information contained herein. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Buffalo County)(JAB) (Entered: 09/30/2020) |
| 09/30/2020 | 24 | **JOINT ORDER FOR PROGRESSION OF A CRIMINAL CASE** as to defendants Juwan A. Powell, Shanae M. Douglas, and Antoinette D. Brandy:<br>a) Rule 16 discovery due within 14 days.<br>b) Pretrial Motion Deadline set for **10/30/2020.**<br>c) 5-day Jury Trial set for **11/30/2020 at 09:00 AM in Courtroom 1**, Federal Building, 100 Centennial Mall North, Lincoln, NE before Chief Judge John M. Gerrard.<br>Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/30/2020) |

| | | |
|---|---|---|
| 10/02/2020 | 25 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 10/2/2020 as to defendants Shanae M. Douglas and Antoinette D. Brandy. Detention Hearings held by videoconference with consent of the defendants. Court takes judicial notice of Indictment 1 and Pretrial Services' Reports 8 and 9 . Evidence by Government. Argument by Government. Argument by both defendants. Government's oral motion for detention 18 is granted. Court finds as to both defendants, based on the weight of the evidence, defendants are a risk of flight and a danger to the community if released. Defendants remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Daniel D. Packard; For Defendant Douglas: Jonathan M. Braaten, CJA; For Defendant Brandy: Nancy K. Peterson; For Pretrial Services: Kate Eubanks; Courtroom Deputy: Jeri Bierbower; Reporter: Digital Recorder. Time Start: 1:10 PM; Time Stop: 1:20 PM; Time in Court: 10 Minutes. (JAB) (Entered: 10/02/2020) |
| 10/02/2020 | 26 | AUDIO FILE (2.4 MB) as to defendants and Shanae M. Douglas and Antoinette D. Brandy regarding Detention Hearing 25 held on 10/2/2020 at 1:36 PM before Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/02/2020) |
| 10/02/2020 | 27 | EXHIBIT LIST as to defendants Shanae M. Douglas and Antoinette D. Brandy from hearing held on 10/2/2020 regarding Minutes, Filing 25 Detention Hearing.(JAB) (Entered: 10/05/2020) |
| 10/05/2020 | 28 | ORDER of Detention pending trial as to defendant(s) Shanae M. Douglas. Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 10/05/2020) |
| 10/05/2020 | 29 | ORDER of Detention pending trial as to defendant(s) Antoinette D. Brandy. Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 10/05/2020) |
| 10/05/2020 | 30 | ORDER of Detention pending trial as to defendant(s) Juwan A. Powell. Ordered by Magistrate Judge Cheryl R. Zwart. (Zwart, Cheryl) (Entered: 10/05/2020) |
| 10/28/2020 | 31 | UNOPPOSED MOTION to Continue *Pretrial Motion Deadline* by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 10/28/2020) |
| 10/28/2020 | 32 | ORDER that the Defendant Brandy's motion to continue, (Filing No. 31 ), is granted. As to all defendants, pretrial motions and briefs shall be filed on or before December 31, 2020. As to all defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 1, 2021, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and December 31, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (LAC) (Entered: 10/28/2020) |
| 12/23/2020 | 33 | UNOPPOSED MOTION to Continue *Pretrial Motion Deadline* by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 12/23/2020) |

| | | |
|---|---|---|
| 12/28/2020 | 34 | ORDER that the Defendant's motion to continue, (Filing No. 33 ), is granted. Pretrial motions and briefs shall be filed on or before March 12, 2021. As to all defendants, trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on April 12, 2021, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and March 12, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act Ordered by Magistrate Judge Cheryl R. Zwart. (LAC) (Entered: 12/28/2020) |
| 12/28/2020 | 35 | UNOPPOSED MOTION to Continue by Attorney Jessica L. Milburn as to defendant(s) Juwan A. Powell. (Milburn, Jessica) (Entered: 12/28/2020) |
| 12/28/2020 | 36 | ORDER that the Defendant's motion to continue, (Filing No. 35 ), is granted. Pretrial motions and briefs shall be filed on or before March 12, 2021. As to all defendants, trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00a.m. on April 12, 2021, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and March 12, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (LAC) (Entered: 12/28/2020) |
| 03/12/2021 | 37 | UNOPPOSED MOTION to Continue *Pretrial Motion Deadline* by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 03/12/2021) |
| 03/15/2021 | 38 | ORDER that the Defendant Brandy's motion to continue, (Filing No. 37 ), is granted. Pretrial motions and briefs shall be filed on or before May 21, 2021. As to all defendants, trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 21, 2021, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between todays date and May 21, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (LAC) (Entered: 03/15/2021) |
| 05/21/2021 | 39 | UNOPPOSED MOTION to Continue *Pretrial Motion Deadline* by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 05/21/2021) |
| 05/21/2021 | 40 | ORDER granting 39 Motion to Continue. **As to all defendants**,<br>Jury Trial set for 8/23/2021 at 09:00 AM in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Chief Judge John M. |

| | | |
|---|---|---|
| | | Gerrard.<br>Pretrial Motion Deadline set for 7/21/2021. The time between today's date and 7/21/2021 is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1).<br>Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) Modified on 5/27/2021 to reflect order is to all defendants. (JAB) (Entered: 05/21/2021) |
| 07/20/2021 | 41 | UNOPPOSED MOTION to Continue *Pretrial Motion Deadline* by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 07/20/2021) |
| 07/20/2021 | 42 | ORDER that Defendant Brandy's motion to continue, (Filing No. 41 ), is granted. As to all defendants, pretrial motions and briefs shall be filed on or before September 20, 2021. As to all defendants, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 19, 2021, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial. The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and September 20, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act as to defendants Juwan A. Powell, Shanae M. Douglas, and Antoinette D. Brandy. Ordered by Magistrate Judge Cheryl R. Zwart. (LAC) (Entered: 07/20/2021) |
| 08/13/2021 | 43 | ORDER SETTING CHANGE OF PLEA HEARING as to defendant Shanae M. Douglas. Defendant's request to set a change of plea hearing is granted. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of Defendant. **Change of Plea Hearing set for 9/2/2021 at 01:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The time between todays date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 08/13/2021) |
| 08/13/2021 | 44 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Shanae M. Douglas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Change of Plea Hearing set for 9/2/2021 at 01:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to)(JAB) (Entered: 08/13/2021) |
| 08/18/2021 | 45 | MOTION to Conduct Plea Hearing by Remote Conference by Attorney Jonathan M. Braaten as to defendant(s) Shanae M. Douglas. (Braaten, Jonathan) (Entered: 08/18/2021) |
| 08/18/2021 | 46 | TEXT ORDER granting 45 Motion to Conduct Plea Hearing by Remote Conference as to Shanae M. Douglas. The parties have jointly moved the Court, pursuant to the Coronavirus Aid, Relief and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, § 15002(b), 134 Stat. 281, and General Orders 2020-07 and 2021-05, to |

| | | |
|---|---|---|
| | | conduct the defendant's change of plea hearing by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available. The Court finds, considering the defendant's potential sentencing and interest in ending pretrial detention, that the change of plea cannot be further delayed without serious harm to the interests of justice. Accordingly, the parties' Joint Motion to Conduct Plea Hearing by Remote Conference is granted. Ordered by Judge John M. Gerrard. (DCD) (Entered: 08/18/2021) |
| 08/18/2021 | 47 | ORDER SETTING CHANGE OF PLEA HEARING as to defendant Antoinette D. Brandy. Defendant's request to set a change of plea hearing is granted. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of Defendant. **Change of Plea Hearing set for 9/8/2021 at 02:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 08/18/2021) |
| 08/19/2021 | 48 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Change of Plea Hearing set for 9/8/2021 at 02:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Saline County)(JAB) (Entered: 08/19/2021) |
| 09/02/2021 | 49 | INFORMATION as to defendant Shanae M. Douglas. (LKO) (Entered: 09/02/2021) |
| 09/02/2021 | 50 | CRIMINAL COVER SHEET as to defendant Shanae M. Douglas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LKO) (Entered: 09/02/2021) |
| 09/02/2021 | 51 | WAIVER of Indictment by Attorney Jonathan M. Braaten as to defendant Shanae M. Douglas. (JAB) (Entered: 09/02/2021) |
| 09/02/2021 | 52 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 9/2/2021 as to defendant Shanae M. Douglas. Hearing held by videoconference with consent of the defendant and District Judge. Waiver of Indictment explained. Information accepted. Defendant arraigned on Information. Defendant's oral consent to proceed before Magistrate Judge accepted. Change of Plea Hearing held. Defendant enters a guilty plea to Count I of the Information. Government will move to dismiss the indictment at sentencing. Court finds that the plea is knowing, intelligent and voluntary and that there is a factual basis for it. Recommended that plea and plea agreement be accepted at or before sentencing. Sentencing is scheduled for December 3, 2021 at 1:00 p.m. before Judge Gerrard. Defendant remanded to the custody of the U.S. Marshal. Written Findings and Recommendation will be issued. Appearance for Plaintiff: Daniel D. Packard; For |

| | | |
|---|---|---|
| | | Defendant: Jonathan M. Braaten, CJA; Courtroom Deputy: Jeri Bierbower; Reporter: Digital Recorder. Time Start: 4:14 PM; Time Stop: 4:40 PM; Time in Court: 26 Minutes. (JAB) (Entered: 09/02/2021) |
| 09/02/2021 | 53 | AUDIO FILE. Audio as to Defendant (2) Shanae M. Douglas. Court Date & Time [ 9/2/2021 4:14:50 PM ]. File Size [ 5921 KB ]. Run Time [ 00:24:40 ]. (Arraignment and Plea to Information). (auto-docket). (Entered: 09/02/2021) |
| 09/02/2021 | 54 | PETITION to enter plea of guilty as to defendant Shanae M. Douglas. (LKO) (Entered: 09/03/2021) |
| 09/02/2021 | 55 | PLEA AGREEMENT as to defendant Shanae M. Douglas. (LKO) (Entered: 09/03/2021) |
| 09/02/2021 | 56 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY to the Honorable John M. Gerrard, United States District Judge, that after de novo review, the court accept the guilty plea and find the defendant guilty of the crime(s) to which the defendant tendered a guilty plea as to defendant Shanae M. Douglas. If any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 09/03/2021) |
| 09/02/2021 | 57 | ORDER ON SENTENCING SCHEDULE as to defendant Shanae M. Douglas. Sentencing set for **12/3/2021 at 01:00 PM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 09/03/2021) |
| 09/03/2021 | 58 | LETTER BY CLERK that a transcript request was sent to Latimer Reporting for transcription regarding Change of Plea Hearing 52 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant Shanae M. Douglas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (ADB) (Entered: 09/03/2021) |
| 09/03/2021 | 59 | JOINT MOTION to Conduct Plea Hearing by Remote Conference by Attorneys Daniel D. Packard and Nancy K. Peterson as to defendant Antoinette D. Brandy. (JAB) (Entered: 09/03/2021) |
| 09/03/2021 | 60 | TEXT ORDER granting 59 Motion to Conduct Plea Hearing by Remote Conference as to Antoinette D. Brandy. The parties have jointly moved the Court, pursuant to the Coronavirus Aid, Relief and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, § 15002(b), 134 Stat. 281, and General Orders 2020-07 and 2021-05, to conduct the defendant's change of plea hearing by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available. The Court finds, considering the defendant's potential sentencing and interest in ending pretrial detention, that the change of plea cannot be further delayed without serious harm to the interests of justice. Accordingly, the parties' Joint Motion to Conduct Plea Hearing by Remote Conference is granted. Ordered by Judge John M. Gerrard. (DCD) (Entered: 09/03/2021) |
| 09/08/2021 | 61 | INFORMATION as to defendant Antoinette D. Brandy. (JAB) (Entered: 09/08/2021) |

| | | |
|---|---|---|
| 09/08/2021 | 62 | CRIMINAL COVER SHEET as to defendant Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 09/08/2021) |
| 09/08/2021 | 63 | WAIVER of Indictment by Attorney Nancy K. Peterson as to defendant Antoinette D. Brandy. (JAB) (Entered: 09/08/2021) |
| 09/08/2021 | 64 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 9/8/2021 as to defendant Antoinette D. Brandy. Hearing held by videoconference with consent of the defendant and the District Judge. Waiver of Indictment explained. Information accepted. Defendant arraigned on Information. Defendant's oral consent to proceed before Magistrate Judge accepted. Plea Hearing held. Defendant pleads guilty to Count I of the Information. Government will move to dismiss the indictment at sentencing. The Court finds that the plea is knowing, intelligent and voluntary and that there is a factual basis for it. Recommended that plea and plea agreement be accepted at or before sentencing. Sentencing is scheduled for 12/3/2021 at 2:00 p.m. before Judge Gerrard. Written Findings and Recommendation will be issued. Defendant remanded to custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Daniel D. Packard; For Defendant: Nancy K. Peterson, CJA. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Time Start: 2:30 PM; Time Stop: 2:55 PM; Time in Court: 25 Minutes. (JAB) (Entered: 09/08/2021) |
| 09/08/2021 | 65 | AUDIO FILE. Audio as to Defendant (3) Antoinette D. Brandy. Court Date & Time [ 9/8/2021 2:30:31 PM ]. File Size [ 5691 KB ]. Run Time [ 00:23:43 ]. (ARR and Plea to Information). (auto-docket). (Entered: 09/08/2021) |
| 09/08/2021 | 66 | PETITION to enter plea of guilty as to defendant Antoinette D. Brandy. (JAB) (Entered: 09/08/2021) |
| 09/08/2021 | 67 | PLEA AGREEMENT as to defendant Antoinette D. Brandy. (JAB) (Entered: 09/08/2021) |
| 09/08/2021 | 68 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY to the Honorable John M. Gerrard, United States District Judge, that after de novo review, the court accept the guilty plea and plea agreement, and find the defendant guilty of the crime to which the defendant tendered a guilty plea as to defendant Antoinette D. Brandy. If any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/08/2021) |
| 09/08/2021 | 69 | ORDER ON SENTENCING SCHEDULE as to defendant Antoinette D. Brandy. **Sentencing set for 12/3/2021 at 02:00 PM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/08/2021) |
| 09/09/2021 | 70 | LETTER BY CLERK that a transcript request was sent to Julie Pell for transcription regarding Change of Plea Hearing 64 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO |

| | | |
|---|---|---|
| | | THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC) (Entered: 09/09/2021) |
| 09/20/2021 | 71 | TRANSCRIPT (UNREDACTED) of Guilty Plea proceedings before Magistrate Judge Cheryl R. Zwart held on 9/2/21 as to defendant(s) Shanae M. Douglas. Total Number of Billable Pages: 23. Total Number of Pages: 23. In accordance with the transcript redaction procedure, available at<br><br>**http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,**<br><br>the transcript may be viewed at the courts public terminal or purchased through Transcriber Vicki Jarchow at (402) 476-1153 or latimer@latimer-reporting.com before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Redaction Request due 10/12/2021. Redacted Transcript Deadline set for 10/21/2021. Release of Transcript Restriction set for 12/20/2021. (Jarchow, Vicki) Modified on 12/21/2021 to release transcript restriction (LKO). (Entered: 09/20/2021) |
| 09/22/2021 | 72 | MEMORANDUM AND ORDER that the Magistrate Judge's Findings and Recommendation on a Guilty Plea are adopted. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence. This case shall proceed to sentencing as to defendant Shanae M. Douglas. Ordered by Judge John M. Gerrard. (LAC) (Entered: 09/22/2021) |
| 10/04/2021 | 73 | TRANSCRIPT (UNREDACTED) of Change of Plea proceedings before Magistrate Judge Cheryl R. Zwart held on 9/8/21 as to defendant(s) Antoinette D. Brandy. Total Number of Billable Pages: 24. Total Number of Pages: 24. In accordance with the transcript redaction procedure, available at<br><br>**http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,**<br><br>the transcript may be viewed at the courts public terminal or purchased through Transcriber Julie A. Pell at (402) 476-7160 or julie@pellreporting.com before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Redaction Request due 10/25/2021. Redacted Transcript Deadline set for 11/4/2021. Release of Transcript Restriction set for 1/2/2022. (Pell, Julie) Modified on to remove text regarding restricted access. (LAC). (LAC). (Entered: 10/04/2021) |
| 10/05/2021 | 74 | ORDER SETTING CHANGE OF PLEA HEARING as to defendant Juwan A. Powell. Defendant's request to set a change of plea hearing is granted. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of Defendant. **Change of Plea Hearing set for 11/19/2021 at 01:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The time |

| | | |
|---|---|---|
| | | between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 10/05/2021) |
| 10/05/2021 | 75 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Juwan A. Powell. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Change of Plea Hearing set for 11/19/2021 at 01:30 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Saline County)(JAB) (Entered: 10/05/2021) |
| 10/05/2021 | 76 | MEMORANDUM AND ORDER that the Magistrate Judge's Findings and Recommendation on a Guilty Plea are adopted. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence. This case shall proceed to sentencing as to defendant Antoinette D. Brandy. Ordered by Judge John M. Gerrard. (LAC) (Entered: 10/05/2021) |
| 10/14/2021 | 77 | TEXT ORDER as to defendant Shanae M. Douglas. At the request of the United States Probation Office, the Court revises the sentencing schedule as follows. The initial presentence report shall be provided to counsel by the probation office on or before October 28, 2021. Objections by counsel to the initial presentence report shall be made on or before November 8, 2021. The probation office shall submit the initial or revised presentence report to the Court and counsel on or before November 17, 2021. The proposals to the probation office and motions to the Court set forth in Paragraph 6 of the Court's Order on Sentencing Schedule 57 shall be filed on or before November 24, 2021. The Court's tentative sentencing findings shall be filed on or before November 29, 2021. Sentencing shall remain set for December 3, 2021. Ordered by Judge John M. Gerrard. (DCD) (Entered: 10/14/2021) |
| 11/15/2021 | 78 | TEXT ORDER RESCHEDULING TIME OF SENTENCING HEARING as to defendant Antoinette D. Brandy. On the Court's own motion, without objection by counsel, Sentencing is reset for 12/3/2021 at **01:30 PM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard Ordered by Judge John M. Gerrard. (KMM) (Entered: 11/15/2021) |
| 11/17/2021 | 79 | TEXT UNOPPOSED EMAIL MOTION - to continue change of plea hearing by Attorney Jessica L. Milburn as to defendant Juwan A. Powell. (JAB) (Entered: 11/17/2021) |
| 11/17/2021 | 80 | RESTRICTED HEARING INSTRUCTIONS and ORDER granting 79 Defendant's unopposed e-mail motion as to Juwan A. Powell (1). **Change of Plea Hearing continued to 12/8/2021 at 02:00 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS |

| | | |
|---|---|---|
| | | AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Saline County)(JAB) (Entered: 11/17/2021) |
| 11/19/2021 | 81 | MOTION for Downward Departure/Variance by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 11/19/2021) |
| 11/19/2021 | 82 | BRIEF in support of MOTION for Downward Departure/Variance 81 by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Peterson, Nancy) (Entered: 11/19/2021) |
| 11/19/2021 | 83 | INDEX in support of MOTION for Downward Departure/Variance 81 by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Attachments: # 1 Exhibit letters of support, # 2 Exhibit certificates of completion)(Peterson, Nancy) (Entered: 11/19/2021) |
| 11/22/2021 | 84 | TENTATIVE FINDINGS regarding Presentence Investigation Report as to defendant Antoinette D. Brandy. Ordered by Judge John M. Gerrard. (LAC) (Entered: 11/22/2021) |
| 11/23/2021 | 85 | ADOPTION OF/STATEMENT REGARDING PRESENTENCE REPORT by Attorney Daniel D. Packard as to defendant(s) Antoinette D. Brandy. (Packard, Daniel) (Entered: 11/23/2021) |
| 11/29/2021 | 86 | MOTION for Downward Departure/Variance by Attorney Jonathan M. Braaten as to defendant(s) Shanae M. Douglas. (Braaten, Jonathan) (Entered: 11/29/2021) |
| 11/29/2021 | 87 | BRIEF in support of *Motion for Variance* by Attorney Jonathan M. Braaten as to defendant(s) Shanae M. Douglas. (Braaten, Jonathan) (Entered: 11/29/2021) |
| 11/29/2021 | 88 | INDEX in support of *Motion for Variance* by Attorney Jonathan M. Braaten as to defendant(s) Shanae M. Douglas. (Braaten, Jonathan) (Entered: 11/29/2021) |
| 11/29/2021 | 89 | TENTATIVE FINDINGS regarding Presentence Investigation Report as to defendant Shanae M. Douglas. Ordered by Judge John M. Gerrard. (LAC) (Entered: 11/29/2021) |
| 11/29/2021 | 90 | AMENDED MOTION for Downward Departure/Variance by Attorney Jonathan M. Braaten as to defendant(s) Shanae M. Douglas. (Braaten, Jonathan) (Entered: 11/29/2021) |
| 11/29/2021 | 91 | INDEX in support of MOTION for Downward Departure/Variance 81 by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Attachments: # 1 letters of support)(Peterson, Nancy) (Entered: 11/29/2021) |
| 11/29/2021 | 92 | INDEX in support of *Motion for Variance* by Attorney Jonathan M. Braaten as to defendant(s) Shanae M. Douglas. (Braaten, Jonathan) (Entered: 11/29/2021) |
| 12/01/2021 | 93 | REPLY BRIEF in opposition to Brief 82 , MOTION for Downward Departure/Variance 81 by Attorney Daniel D. Packard as to defendant(s) Antoinette D. Brandy. (Packard, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 94 | REPLY BRIEF in opposition to AMENDED MOTION for Downward Departure/Variance 90 by Attorney Daniel D. Packard as to defendant(s) Shanae M. Douglas. (Packard, Daniel) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/02/2021 | 95 | INDEX in support of MOTION for Downward Departure/Variance 81 by Attorney Nancy K. Peterson as to defendant(s) Antoinette D. Brandy. (Attachments: # 1 Exhibit letters of support)(Peterson, Nancy) (Entered: 12/02/2021) |
| 12/03/2021 | 96 | TEXT MINUTE ENTRY for sentencing proceedings held before Judge John M. Gerrard in Lincoln on 12/03/2021 as to defendant Shanae M. Douglas. Court accepts plea agreement and adopts revised presentence report. Court finds the defendant is safety valve eligible. Defendant's motion for variance 86 is superseded by an amended motion for variance 90 and is moot. Court sustains defendant's amended motion for variance 90 . On plea of guilty to Count I of the Information, it is ordered that the defendant is sentenced to Bureau of Prisons for 36 months, 2 years supervised release with special conditions, and pay the special assessment in the amount of $100.00. The Indictment is dismissed on motion of the Government as to this defendant. Defendant is notified of the right to appeal. Defendant remanded to the custody of the U.S. Marshal. Appearance for Plaintiff: Daniel D. Packard; for Defendant: Jonathan M. Braaten, CJA; Probation Officer: Craig R. Ford; Courtroom Deputy: Kathy Miller; Court Reporter: Lisa Grimminger. Time Start: 12:58 PM; Time Stop: 1:13 PM; Time in Court: 15 Minutes. (KMM) (Entered: 12/03/2021) |
| 12/03/2021 | 97 | NOTICE OF RIGHT TO APPEAL in criminal cases and counsel's acknowledgment and receipt of the 8th Circuit's Rule 27C by Attorney Jonathan M. Braaten as to defendant Shanae M. Douglas. (KMM) (Entered: 12/03/2021) |
| 12/03/2021 | 98 | TEXT MINUTE ENTRY for sentencing proceedings held before Judge John M. Gerrard in Lincoln on 12/03/2021 as to defendant Antoinette D. Brandy. Court accepts plea agreement and adopts presentence report. The parties agree defendant is eligible for the safety valve pursuant to the First Step Act. Court finds same and defendant is granted a two level reduction. Court sustains defendant's motion for variance 81 . On plea of guilty to Count I of the Information, it is ordered that the defendant is sentenced to Bureau of Prisons for 52 months, 3 years supervised release with special conditions, and pay the special assessment in the amount of $100.00. The Indictment is dismissed on motion of the Government as to this defendant. Defendant is notified of the right to appeal. Defendant remanded to the custody of the U.S. Marshal. Appearance for Plaintiff: Daniel D. Packard; for Defendant: Nancy K. Peterson, CJA; Probation Officer: Craig R. Ford; Courtroom Deputy: Kathy Miller; Court Reporter: Lisa Grimminger. Time Start: 1:22 PM; Time Stop: 1:38 PM; Time in Court: 16 Minutes. (KMM) (Entered: 12/03/2021) |
| 12/03/2021 | 99 | NOTICE OF RIGHT TO APPEAL in criminal cases and counsel's acknowledgment and receipt of the 8th Circuit's Rule 27C by Attorney Nancy K. Peterson as to defendant Antoinette D. Brandy. (KMM) (Entered: 12/03/2021) |
| 12/03/2021 | 100 | EXHIBIT RECEIPT BY PLAINTIFF as to defendants Shanae M. Douglas, Antoinette D. Brandy from Detention hearing held 10/2/2020. (KMM) (Entered: 12/03/2021) |
| 12/03/2021 | 105 | JUDGMENT as to defendant Shanae M. Douglas. Defendant pleaded guilty to count I of the Information and was committed to the custody of Bureau of Prisons for 36 months; 2 years supervised release with special conditions; $100 Special Assessment. The Indictment is dismissed on the motion of the United States as to this defendant. Ordered by Judge John M. Gerrard. (4 Certified copies to USM) (LAC) (Entered: 12/03/2021) |

| | | |
|---|---|---|
| 12/03/2021 | 107 | JUDGMENT as to defendant Antoinette D. Brandy. Defendant pleaded guilty to count I of the Information and was committed to the custody of Bureau of Prisons for 52 months; 3 years supervised release with special conditions; $100 Special Assessment. The Indictment is dismissed on the motion of the United States as to this defendant. Ordered by Judge John M. Gerrard. (4 Certified copies to USM)(LAC) (Entered: 12/03/2021) |
| 12/08/2021 | 109 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 12/8/2021 as to defendant Juwan A. Powell. Hearing originally set for a change of plea. Defendant states he is retaining attorney, Jack Frielander to represent him. **Status hearing set for 12/22/2021 at 2:00 PM by videoconference** to check on appearance of counsel. Government's oral motion to waive speedy trial is granted. The time between today's date and 12/22/2021 shall be deemed excludable time for purposes of computing speedy trial. Appearance for Plaintiff: Daniel D. Packard; For Defendant: Jessica L. Milburn, FPD. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Time Start: 2:02 PM; Time Stop: 2:12 PM; Time in Court: 10 Minutes. (JAB) (Entered: 12/08/2021) |
| 12/08/2021 | 110 | AUDIO FILE. Audio as to Defendant (1) Juwan A. Powell. Court Date & Time [ 12/8/2021 2:02:43 PM ]. File Size [ 2059 KB ]. Run Time [ 00:08:35 ]. (Status Hearing). (auto-docket). (Entered: 12/08/2021) |
| 12/08/2021 | 111 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Juwan A. Powell. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Status Hearing set for 12/22/2021 at 02:00 PM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to Dawson County)(JAB) (Entered: 12/08/2021) |
| 12/21/2021 | 112 | MOTION for Admission Pro Hac Vice by Juwan A. Powell Filing fee $ 100, receipt number ANEDC-4543123 by Attorney Jack Friedlander as to defendant(s) Juwan A. Powell. (Friedlander, Jack) (Entered: 12/21/2021) |
| 12/22/2021 | 113 | TEXT ORDER granting Motion for Admission Pro Hac Vice 112 for attorney Jack Friedlander as to defendant(s) Juwan A. Powell. Ordered by Deputy Clerk. (JLS) (Entered: 12/22/2021) |
| 12/22/2021 | 114 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 12/22/2021 as to defendant Juwan A. Powell. Status hearing held by videoconference with consent of the defendant. New defense counsel has entered an appearance. Federal Public Defender Jessica Milburn is withdrawn from the case. Defense counsel's oral motion to set another status hearing is granted. **Status Conference set for 2/22/2022 at 2:00 PM** by Telephone before Magistrate Judge Cheryl R. Zwart. Court will send out conference instructions for participation in the call. Court finds the time between today's date and 2/22/2022 is excluded for purposes of computing the limits under the Speedy Trial Act. Appearance for Plaintiff: Daniel D. Packard; for Defendant Jack Friedlander, retained; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 2:03 PM; Time Stop: 2:09 PM; Time in Court: 6 Minutes. (JAB) (Entered: 12/22/2021) |

| | | |
|---|---|---|
| 12/22/2021 | 115 | AUDIO FILE. Audio as to Defendant (1) Juwan A. Powell. Court Date & Time [ 12/22/2021 2:03:19 PM ]. File Size [ 1250 KB ]. Run Time [ 00:05:12 ]. (Status hearing). (auto-docket). (Entered: 12/22/2021) |
| 12/22/2021 | 116 | RESTRICTED TELEPHONE CONFERENCE INSTRUCTIONS as to defendant Juwan A. Powell. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 12/22/2021) |
| 12/22/2021 | 117 | ORDER as to defendant Juwan A. Powell.<br>1) Defendant's oral motion to set another status conference, (Filing No. 114), is granted.<br>2) **A status conference will be held before the undersigned magistrate judge at 2:00 p.m. on February 22, 2022 by telephone.** All participants shall use the conferencing information provided by the court, (see Filing No. 116), to participate in the call to discuss case progression and a potential trial setting. **Counsel for the parties shall be present at the conference.**<br>3) The court finds that the time between today's date and February 22, 2022 is excluded under the Speedy Trial Act. Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.<br>Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 12/22/2021) |
| 02/22/2022 | 118 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 2/22/2022 as to defendant Juwan A. Powell. Telephonic status hearing held. Defendant is not present on the call. Defense counsel's unopposed oral motion to set another status conference is granted. **Status Conference set for 5/10/2022 at 11:00 AM** by Telephone before Magistrate Judge Cheryl R. Zwart. Time between today's date and the anticipated hearing is excluded for purposes of computing the limits under the Speedy Trial Act. Appearance for Plaintiff: Daniel D. Packard; for Defendant: Jack Friedlander, retained; Courtroom Deputy: Jeri Bierbower; Court Reporter: digital. Time Start: 2:01 PM; Time Stop: 2:05 PM; Time in Court: 4 Minutes. (JAB) (Entered: 02/22/2022) |
| 02/22/2022 | 119 | AUDIO FILE. Audio as to Defendant (1) Juwan A. Powell. Court Date & Time [ 2/22/2022 2:01:22 PM ]. File Size [ 851 KB ]. Run Time [ 00:03:33 ]. (Status Conference). (auto-docket). (Entered: 02/22/2022) |
| 02/22/2022 | 120 | ORDER as to defendant Juwan A. Powell. After conferring with counsel, another status conference will be held before the undersigned magistrate judge at **11:00 a.m. on May 10, 2022 by telephone**. All participants shall use the conferencing information provided by the court, (see Filing No. 116), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference. The time between today's date and May 10, 2022 is excluded under the Speedy Trial Act. Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/22/2022) |
| 03/15/2022 | 121 | Judgment Returned Executed as to defendant Antoinette D. Brandy. (TCL) (Entered: 03/15/2022) |

| | | |
|---|---|---|
| 04/13/2022 | 122 | ORDER SETTING CHANGE OF PLEA HEARING as to defendant Juwan A. Powell. Defendant's request to set a change of plea hearing is granted. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of Defendant. **Change of Plea Hearing set for 5/26/2022 at 09:30 AM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. The time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). **The status conference set for May 10, 2022 is cancelled.** Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 04/13/2022) |
| 04/13/2022 | 123 | JOINT MOTION to Conduct Plea Hearing by Remote Conference by Attorney Daniel D. Packard as to defendant(s) Juwan A. Powell. (Packard, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 124 | TEXT ORDER granting 123 Motion to Conduct Plea Hearing by Remote Conference as to Juwan A. Powell. The parties have jointly moved the Court, pursuant to the Coronavirus Aid, Relief and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, § 15002(b), 134 Stat. 281, and General Orders 2020-07 and 2022-01, to conduct the defendant's change of plea hearing by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available. The Court finds, considering the defendant's potential sentencing and interest in ending pretrial detention, that the change of plea cannot be further delayed without serious harm to the interests of justice. Accordingly, the parties' Joint Motion to Conduct Plea Hearing by Remote Conference is granted. Ordered by Judge John M. Gerrard. (DCD) (Entered: 04/13/2022) |
| 04/13/2022 | 125 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Juwan A. Powell. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. **Change of Plea Hearing set for 5/26/2022 at 09:30 AM** by Internet/Telephonic Conferencing before Magistrate Judge Cheryl R. Zwart. At the time of the hearing, the defendant must be connected to the videoconference using the connection information contained herein. Ordered by Magistrate Judge Cheryl R. Zwart. (E-mailed to USP-LV)(JAB) (Entered: 04/13/2022) |
| 05/26/2022 | 126 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart on 5/26/2022 as to defendant Juwan A. Powell. Change of Plea Hearing held by videoconference with consent of the defendant and the District Judge. Defendant's oral consent to proceed before Magistrate Judge accepted. Defendant rearraigned on Indictment. Defendant withdraws plea of not guilty and enters a Guilty plea to Count I of the Indictment. Government will move to dismiss Count II at sentencing. Court finds plea is knowing, intelligent, and voluntary and that there is a factual basis for it. Recommended that plea be accepted at or before sentencing. Recommended that the Rule 11(c)(1)(C) plea agreement be considered at sentencing. Sentencing is scheduled for August 19, 2022 at 1:00 p.m. before District Judge Gerrard. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Written Findings and Recommendation will be issued. Appearance for Plaintiff: Daniel D. Packard; For Defendant: Jack Friedlander, retained; Courtroom Deputy: Jeri A. Bierbower; Reporter: Digital Recorder. Time Start: 9:36 AM; Time Stop: 10:00 AM; Time in Court: 24 Minutes. (JAB) (Entered: 05/26/2022) |

| | | |
|---|---|---|
| 05/26/2022 | 127 | AUDIO FILE. Audio as to Defendant (1) Juwan A. Powell. Court Date & Time [ 5/26/2022 9:36:00 AM ]. File Size [ 5714 KB ]. Run Time [ 00:23:48 ]. (Change of Plea hearing). (auto-docket). (Entered: 05/26/2022) |
| 05/26/2022 | 128 | PETITION to enter plea of guilty as to defendant Juwan A. Powell. (LKO) (Entered: 05/26/2022) |
| 05/26/2022 | 129 | PLEA AGREEMENT as to defendant Juwan A. Powell. (LKO) (Entered: 05/26/2022) |
| 05/26/2022 | 130 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY to the Honorable John M. Gerrard, United States District Judge, that after de novo review, the court accept the guilty plea and find the defendant guilty of the crime(s) to which the defendant tendered a guilty plea as to defendant Juwan A. Powell. If any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 05/26/2022) |
| 05/26/2022 | 131 | ORDER ON SENTENCING SCHEDULE as to defendant Juwan A. Powell. Sentencing set for **8/19/2022 at 01:00 PM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (LKO) (Entered: 05/26/2022) |
| 05/27/2022 | 132 | LETTER BY CLERK that a transcript request was sent to Lisa Grimminger for transcription regarding Change of Plea Hearing 126 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendantJuwan A. Powell. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (MKR) (Entered: 05/27/2022) |
| 06/07/2022 | 133 | TRANSCRIPT (UNREDACTED) of Change of Plea proceedings before Magistrate Judge Cheryl R. Zwart held on May 26, 2022, as to defendant Juwan A. Powell. Total Number of Billable Pages: 23. Total Number of Pages: 23. In accordance with the transcript redaction procedure, available at<br><br>**http://www.ned.uscourts.gov/internetDocs/pom/tran_redaction_procedure.pdf,**<br><br>the transcript may be viewed at the court's public terminal or purchased through Transcriber Lisa Grimminger at (402) 437-1908 before the expiration of the Release of Transcript Restriction deadline. The parties have 7 calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Redaction Request due 6/28/2022. Redacted Transcript Deadline set for 7/8/2022. Release of Transcript Restriction set for 9/6/2022. (LGG) Modified on 9/6/2022 to remove restriction text (TCL). (Entered: 06/07/2022) |
| 06/10/2022 | 134 | MEMORANDUM AND ORDER - IT IS ORDERED: The Magistrate Judge's Findings and Recommendation on a Guilty Plea are adopted. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. |

| | | |
|---|---|---|
| | | Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence. This case shall proceed to sentencing as to Juwan A. Powell. Ordered by Judge John M. Gerrard. (TCL) (Entered: 06/10/2022) |
| 07/18/2022 | 135 | UNOPPOSED MOTION to Conduct Plea Hearing by Remote Conference by Attorney Jack Friedlander as to defendant(s) Juwan A. Powell. (Friedlander, Jack) (Entered: 07/18/2022) |
| 07/18/2022 | 136 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT - as to Juwan A. Powell by Attorney Jack Friedlander as to defendant(s) Juwan A. Powell. (Friedlander, Jack) (Entered: 07/18/2022) |
| 07/19/2022 | 137 | ORDER that the defendant's motion for remote sentencing (filing 135 ) is denied. as to Juwan A. Powell. Ordered by Judge John M. Gerrard. (LRM) (Entered: 07/19/2022) |
| 07/22/2022 | 138 | ADOPTION OF/STATEMENT REGARDING PRESENTENCE REPORT by Attorney Daniel D. Packard as to defendant(s) Juwan A. Powell. (Packard, Daniel) (Entered: 07/22/2022) |
| 07/25/2022 | 139 | ADOPTION OF/STATEMENT REGARDING PRESENTENCE REPORT *and Withdrawal of Previous Objections* by Attorney Jack Friedlander as to defendant(s) Juwan A. Powell. (Friedlander, Jack) (Entered: 07/25/2022) |
| 07/25/2022 | 140 | MOTION for Reconsideration regarding 137 Order on Motion to Conduct Plea Hearing by Remote Conference by Attorney Jack Friedlander as to defendant(s) Juwan A. Powell. (Attachments:<br># 1 Exhibit Exhibit 1 to Defendant's Motion to Reconsider)(Friedlander, Jack) (Entered: 07/25/2022) |
| 07/27/2022 | 141 | ORDER - IT IS ORDERED: The defendant's motion for reconsideration (filing 140 ) is granted. The Court finds, considering the defendant's potential sentence and interest in ending pretrial detention, that the sentencing cannot be delayed without serious harm to the interests of justice. The defendant's sentencing will be conducted by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available as to Juwan A. Powell. Ordered by Judge John M. Gerrard. (TCL) (Entered: 07/27/2022) |
| 07/28/2022 | 142 | RESTRICTED HEARING INSTRUCTIONS AND ORDER as to defendant Juwan A. Powell. **Sentencing set for 8/19/2022 at 01:00 PM by Internet/Telephonic Conferencing** before Judge John M. Gerrard. Defendant, defense counsel, and counsel for the government shall attend. The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information herein. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Judge John M. Gerrard. (E-mailed to USP Leavenworth) (KMM) (Entered: 07/28/2022) |
| 08/05/2022 | 143 | TENTATIVE FINDINGS OF FACT regarding Presentence Investigation Report as to defendant Juwan A. Powell. Ordered by Judge John M. Gerrard. (TCL) (Entered: 08/05/2022) |

| | | |
|---|---|---|
| 08/09/2022 | 144 | ORDER - IT IS ORDERED that the Clerk of the Court accept up to and including the amount of $100 from the defendant in anticipation of the special assessment to be imposed at sentencing as to defendant Juwan A. Powell. Ordered by Judge John M. Gerrard. (E-mailed to Finance)(TCL) (Entered: 08/09/2022) |
| 08/18/2022 | 145 | RESTRICTED DOCUMENT (DEFENDANT'S MATERIALS IN SUPPORT OF SENTENCING) as to defendant Juwan A. Powell. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. - (KMM) (Entered: 08/18/2022) |
| 08/19/2022 | 146 | TEXT MINUTE ENTRY for sentencing proceedings held before Judge John M. Gerrard in Lincoln on 8/19/2022 as to defendant Juwan A. Powell. Hearing held by videoconference with the consent of the defendant. Court accepts Rule 11(c)(1)(C) plea agreement and adopts revised presentence report. On plea of guilty to Count I of the Indictment, it is ordered defendant is sentenced to the Bureau of Prisons for a term of 144 months, 5 years supervised release with special conditions, and pay the special assessment in the amount of $100 (PAID). Count II of the Indictment is dismissed on motion of the Government as to this defendant. Defendant is notified of the right to appeal. Defendant remanded to the custody of the U.S. Marshal. Appearance for Plaintiff: Daniel D. Packard; for Defendant: Jack Friedlander, Retained; Probation Officer: Craig R. Ford; Courtroom Deputy: Kathy Miller; Court Reporter: Lisa Grimminger. Time Start: 1:11 PM; Time Stop: 1:32 PM; Time in Court: 21 Minutes. (KMM) (Entered: 08/19/2022) |
| 08/19/2022 | 147 | JUDGMENT as to Juwan A. Powell (1), Count 1 - Defendant pleaded guilty to count I of the Indictment and is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred forty-four (144) months; supervised release for a term of five (5) years; $100.00 special assessment (paid). Count 2 - Count II of the Indictment is dismissed on the motion of the United States as to this defendant as to defendant Juwan A. Powell. Ordered by Judge John M. Gerrard. (4 Certified copies to USM)(ADB) (Entered: 08/19/2022) |
| 11/07/2022 | 152 | Probation Jurisdiction Transferred to USDC-Northern District of Indiana as to Shanae M. Douglas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Judge John M. Gerrard.(TCL) (Entered: 11/07/2022) |
| 11/07/2022 | 153 | Notice to USDC-Northern District of Indiana of a Transfer of Jurisdiction. Your case number is: 2:22cr104. The following documents are available on the public docket: Judgment 105 , Information 49 . NOTE: Upon request, all sealed and restricted documents will be sent via a separate e-mail. To request additional transfer information, please send a request to: clerk@ned.uscourts.gov. as to defendant Shanae M. Douglas. (TCL) (Entered: 11/07/2022) |
| 02/10/2023 | 154 | Judgment Returned Executed as to defendant Juwan A. Powell. (TCL) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 06/05/2023 | 155 | Probation Jurisdiction Transferred to USDC-Northern District of Illinois as to Antoinette D. Brandy. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Senior Judge John M. Gerrard.(TCL) (Entered: 06/05/2023) |
| 06/05/2023 | 156 | Notice to USDC- Northern District of Illinois of a Transfer of Jurisdiction. Your case number is: 23cr343. The following documents are available on the public docket: Information 61 , Judgment 107 . NOTE: Upon request, all sealed and restricted documents will be sent via a separate e-mail. To request additional transfer information, please send a request to: clerk@ned.uscourts.gov. as to defendant Antoinette D. Brandy. (TCL) (Entered: 06/05/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTOINETTE D. BRANDY,<br>Defendant. | 4:20CR3096<br><br>INFORMATION<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)<br>18 U.S.C. § 2 |

The United States Attorney charges:

COUNT I

On or about March 31, 2020, in the District of Nebraska, Defendant ANTOINETTE D. BRANDY did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1); and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA, Plaintiff

JAN W. SHARP
Acting United States Attorney
District of Nebraska

By: Daniel Packard Digitally signed by DANIEL PACKARD Date: 2021.09.02 14:23:34 -05'00'

DANIEL PACKARD, #21991
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: daniel.packard@usdoj.gov

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

Daniel Packard
Digitally signed by DANIEL PACKARD
Date: 2021.09.02 14:23:57 -05'00'

DANIEL PACKARD, #21991
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

for the
District of Nebraska

UNITED STATES OF AMERICA

v.

ANTOINETTE D. BRANDY

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 4:20CR3096-003
USM Number: 10644-509

Nancy K. Peterson
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count I of the Information.

☐ pleaded nolo contendere to count(s)_ which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section& Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21:841(a)(1) and 21:841(b)(1) and 18:2 POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE | March 31, 2020 | 1s |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ The Indictment is dismissed on the motion of the United States as to this defendant.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 3, 2021
Date of Imposition of Sentence:

s/ John M. Gerrard
United States District Judge

December 3, 2021
Date

DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **fifty-two (52) months.**

☒The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.
2. That the defendant be incarcerated in a federal facility as close as possible to **Gary, Indiana**.
3. Defendant should be given credit for time served. Defendant has been detained since 4/1/20.
4. That the defendant be allowed to participate in vocational and educational training while incarcerated appropriate with her past skills and education.

☒The defendant is remanded to the custody of the United States Marshal.

☐The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☐The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on ______________________________ to __________________________________________ at ____________________________________, with a certified copy of this judgment.

______________________________________________
UNITED STATES MARSHAL

BY: ________________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to

unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.

Defendant's Signature ______________________________ Date ________________

DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

**SPECIAL CONDITIONS OF SUPERVISION**

a. You must not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance.

b. You must submit your person, residence, office, or vehicle to a search conducted by a United States Probation Officer at any time; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

c. You must attend, pay for and successfully complete any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer.

n. You must provide the probation officer with access to any requested financial information.

zz. You must report to the Supervision Unit of the U.S. Probation Office for the District of Southern Indiana between the hours of 8:00 a.m. and 4:30 p.m., United States Probation Office, Johnson's Creamery, 400 West Seventh Street, Suite 109, Bloomington, IN 47404, within seventy-two (72) hours of release being placed on probation or release from confinement, and, thereafter, as directed by the probation officer.

DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | | | | |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Totals** | | | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $100.00 due immediately, balance due
☐ not later than ______, or
☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ ______ over a period of ______ *(e.g., months or years)*, to commence ______ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal ______ *(e.g., weekly, monthly, quarterly)* installments of $ ______ over a period of ______ *(e.g., months or years)*, to commence _______ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within ______ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
Without limiting the foregoing, and following release from prison, the defendant shall make payments to satisfy the criminal monetary penalty in the following manner: (a) monthly installments of $100 or 3% of the defendant's gross income, whichever is greater; (b) the first payment shall commence 30 days following the defendant's discharge from incarceration, and continue until the criminal monetary penalty is paid in full; and (c) the defendant shall be responsible for providing proof of payment to the probation officer as directed.

The criminal monetary penalty is due in full on the date of the judgment. The defendant is obligated to pay said sum immediately if he or she has the capacity to do so. The United States may institute civil collection proceedings at any time to satisfy all or any portion of the criminal monetary penalty.

All financial penalty payments are to be made to the Clerk of the U. S. District Court, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): ______

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT: ANTOINETTE D. BRANDY
CASE NUMBER: 4:20CR3096-003

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:__________________________________

DENISE M. LUCKS, CLERK

By ______________________________________Deputy Clerk