**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:23−cr−00343
Honorable Sharon Johnson Coleman

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman as to Antoinette D. Brandy: Status hearing held on 9/2/2026. Probation reported that defendant continues to work; has had negative drug screens; defendant completed her state term of parole on July, Probation verified that according to the state system. The Court heard brief oral arguments as to defendant's motion for early termination of supervised release [32]. The Court enters and continues the motion. An in−person status hearing is set for 5/3/2027 at 10:00 AM. Defendant's conditions of supervised release are modified as follows: if defendant's last drug test taken on Monday, 8/31/2026 is negative, Probation is to stop the random testing. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.